# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

148160

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 148160
                                     COA: 305794
                                     Genesee CC: 08-023564-FC

JARVON CRAIG BROWN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 8, 2013 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Feronda Smith* (Docket No. 148305) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014 _____


Clerk

p0922